UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------------X
EDWIN SARMIENTO (AND WIFE, NORA SARMIENTO)

                      Plaintiffs,

-against-

160 WATER ST., INC, ET AL,

                      Defendant.

See Rider Attached.
-----------------------------------------------------------------X

Case No.: 21 MC 102 (AKH)

Docket No.: 07CV4515

NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

Jury Trial Demanded

Defendants, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM, by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:    New York, New York
             September 12, 2007

Yours etc.,

CALLAN, KOSTER, BRADY & BRENNAN, LLP
Attorneys for Defendants - BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW EAST CONDOMINIUM

By: _____
Vincent A. Nagler ( 6400 )
One Whitehall Street
New York, New York 10004
(212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:    WORBY GRONER & NAPOLI BERN, LLP
Plaintiffs Liaison
In Re Lower Manhattan Disaster Site Litigation
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700

**RIDER**

EDWIN SARMIENTO AND NORA
SARMIENTO,

          Plaintiffs,

- against -

160 WATER ST., INC., 160 WATER STREET ASSOCIATES, 25 BROADWAY OFFICE PROPERTIES LLC, 63 WALL STREET INC, 63 WALL, INC., 90 CHURCH STREET LIMITED PARTNERSHIP, ACTA REALTY CORP., ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION,BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC,, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE HUDSON VIEWEAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BROWN BROTHERS HARRIMAN & CO., INC., BT PRIVATE CLIENTS CORP., DEPARTMENT OF BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., G.L.O. MANAGEMENT, INC., GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT

CORPORATION, NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY
PLAZA, R Y MANAGEMENT CO., INC., RY
MANAGEMENT, SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THAMES
REALTY CO, THE BANK OF NEW YORK
TRUST COMPANY NA, THE BOARD OF
MANAGERS OF THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO
#1178), TISHMAN INTERIORS CORPORATION,
TOSCORP INC., TRIBECA LANDING L.L.C.,
TUCKER ANTHONY, INC., VERIZON
COMMUNIC, ET AL

                              Defendants.
-----------------------------------X