UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWIN SARMIENTO (AND WIFE, NORA        (AKH)07CV4515
SARMIENTO)

                Plaintiff,

  -against-                                                                                 ANSWER

160 WATER STREET, INC., 160 WATER STREET
ASSOCIATES, 25 BROADWAY OFFICE
PROPERTIES, LLC, 63 WALL STREET, INC., 63
WALL, INC., 90 CHURCH STREET LIMITED
PARTNERSHIP, ACTA REALTY CORP., ALAN
KASMAN DBA KASCO, AMBIENT GROUP, INC.
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BATTERY PARK
CITY AUTHORITY, BELFOR USA GROUP, INC., BFP
NE LIBERTY PLAZA CO., LLC, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC D/B/A
BMS CAT, BOARD OF EDUCATION OF THE CITY OF
NEW YORK, BOARD OF MANAGERS OF THE HUDSON VIEWEAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BROWN BROTHERS
HARRIMAN & CO., INC., BP PRIVATE CLIENTS CORP.,
DEPARTMNET OF BUSINESS SERVICES, DEUTSCHE BANK
TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., G.L.P. MANAGEMENT, INC.,
GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP,
LLC, HUDSON VIEW EAST CONDOMINIUM, HUDSON
VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO., INC. NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY PLAZA, LP, NEW YORK
CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY
INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY
INDUSTRIAL DEVELOPMENT CORPORATION, NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA, INC.,

NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY
PLAZA, R Y MANAGEMENT CO., INC. R Y MANAGEMENT
SABINE ZERARKA, STRUCTURE TONE (UK) INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THAMES REALTY CO., THE BANK
OF NEW YORK TRUST COMPANY NA, THE BOARD OF MANAGERS OF THE
ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO #1178). TISHMAN
INTERIORS CORPORATION, TOSCORP INC., TRIBECA LANDING LLC,
TUCKER ANTHONY, INC., VERIZON COMMUNIC, ET AL.,

                      Defendants.
------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                    Yours, etc.

                                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                                    Attorneys for Defendant –Envirotech
                                    3000 Marcus Avenue, Suite 2E1
                                    Lake Success, New York 11042

(516) 775-5800

BY: _____/s/ H. Smar_____
        Heather L. Smar (4622)