Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
63 WALL INC. and 63 WALL STREET, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  21 MC 102 (AKH)

EDWIN SARMIENTO (AND WIFE, NORA SARMIENTO),

                       Plaintiff(s),

   -against-

160 WATER STREET ASSOCIATES, *et al.*,

                       Defendant(s).
------------------------------------------------------------X

Index No.: 07-CV-4515

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendants, 63 WALL INC. and 63 WALL STREET, INC. by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, 63 WALL INC. and 63 WALL STREET, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
October 5, 2007

> Yours etc.,
>
> McGIVNEY & KLUGER, P.C.
> Attorneys for Defendants
> 63 WALL INC. and 63 WALL STREET, INC.
>
> By: _____
> Richard E. Leff (RL-2123)
> 80 Broad Street, 23rd Floor
> New York, New York 10004
> (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel