Ida A. Caputo (IC-9208)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)

_____X

EDWIN SARMIENTO (AND WIFE, NORA
SARMIENTO)
                                                  **NOTICE OF**
                    **v.**                        **ADOPTION**

160 WATER ST., INC., ET. AL.                      CASE NUMBER: (AKH)
                                                  07 CV 4515
_____X

PLEASE TAKE NOTICE THAT Defendants RBC Dain Rauscher Inc. (f/k/a

Tucker Anthony, Inc. and hereafter "RBC Dain"), as and for their responses to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above referenced action, hereby adopt RBC Dain's Answer

to Master Complaint, dated January 23, 2008, which was filed in the matter of *In re*

*World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant RBC Dain demands judgment dismissing the above

captioned action, together with their cost and disbursements.

Dated: New York, New York
       May _23_ 2008

                              Faust, Goetz, Schenker & Blee, LLP

                              By: Ida A. Caputo (IC-9208)
                              Attorneys for the Brookfield Parties
                              Two Rector Street, 20th Floor
                              New York, NY 10006
                              (212) 363-6900